**UNITED STATES OF AMERICA,**
**Plaintiff–Appellee,**

v.

**$13,963.00, MORE OR LESS, IN UNIT-**
**ED STATES CURRENCY (Donald**
**Jamal Wilson, Criminal No. 3:07–**
**0034), Defendant–Appellee,**

**Donald Jamal Wilson, Claimant–**
**Appellant.**

**No. 09–2355.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 6, 2010.

Decided: June 9, 2010.

Donald Jamal Wilson, Appellant Pro Se.
Betty Adkins Pullin, Office of the United
States Attorney, Charleston, West Virgi-
nia, for Appellee.

Before GREGORY, SHEDD, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Donald Jamal Wilson appeals the dis-
trict court's order forfeiting currency to
the United States. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *United States v.*
*$13,963.00, More or Less, In United States*
*Currency,* No. 3:07–cv–00470 (S.D.W.Va.
Sept. 30, 2009). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*